EXHIBIT "2"

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

Clients:

**Bienvenido Burgos**
**Address redacted**

| Date & Attorney | Transaction | Hours | Hourly Rate | Amount Due |
|---|---|---|---|---|
| 10/5/20 PHC | Initial meeting with Bienvenido Burgos | 3.5 | $400 | $1,400 |
| TC | Initial meeting with client | 3.5 | $100 | $350 |
| PHC | Research Ownership; Corporation | 1.8 | $400 | $720 |
| 10/12/20 PHC | Review and analyze clients' claims | 2.5 | $400 | $1,000 |
| 11/20/20 PHC | Draft, revise, file Complaint | 3.6 | $400 | $1,320 |
| 11/21/20 PHC | corresp. to process server | .2 | $400 | $80 |
| 12/15/20 PHC | tc with dc; prepare service waivers | .4 | $400 | $160 |
| 12/28/20 PHC | Rec / Rev order for mediation; exchange of information and calc. | .5 | $400 | $200 |
| 1/13/21 | notice of mediator assignment; Research mediator | .5 | $400 | $200 |
| 1/28/21 | initial call with mediator to discuss Exchange of information, timeline, for mediation | .8 | $400 | $320 |
| 2/3/21 PHC | coordinate witnesses with plaintiff prepare witness form | 1.4 | $400 | $560 |
| 2/16/21 PHC | Rec & Rev. Answer; Review affirmative defenses, | 1.5 | $400 | $600 |

| Date | Type | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 2/20/21 | TC | Telephone conference with clients re: Status, allegation | .7 | $100 | $70 |
| 2/27/21 | PHC | Draft Rule 26 Dis. (2.0); with damages calculations (2.1) | 4.1 | $400 | $1,640 |
| 3/1/21 | | meeting with Rachel Nicotra (pre-mediation call) | .5 | $400 | $200 |
| 3/4/21 | PHC | prepare confidential mediation submission | 2.5 | $400 | $1,000 |
| 3/10/20 | PHC | mediation (first session) | 4.0 | $400 | $1,600 |
| | MC | post mediation assistance during additional negotiations with client and additional mediation | 4.0 | $100 | $400 |
| 4/9/21 | | status report to J. Woods; request for more time to reach and finalize resolution | .5 | $400 | $200 |
| 4/20/21 | PHC | with revisions to initial mou – settlement reached with counsel | 3.0 | $400 | $1,200 |
| 4/21/21 | | draft settlement agreement | 2.0 | $400 | $800 |
| 5/3/21 | PHC | revise settlement agreement, forward to dc | 2.8 | $400 | $720 |
| 5/4/21 | | research oral agreement reached at mediation enforcement of same;  [REDACTED] cases reviewed: *Rivera v. Crabby Shack;  2019 U.S. Dist. LEXIS 230587* *Rodriguez v. Cricket Wireless LLC; 2021 US Dist. LEXIS 76394* | 2.5 | $400 | $1,000 |
| 5/10/21 | PHC | meeting with client for execution of settlement agr. | 1.5 | $400 | $600 |
| | MC | assist with client meeting | 1.5 | $100 | $150 |
| 5/13/21, 5/19/21 | PHC | draft fairness motion; review, revise | 2.9 | $400 | $1,160 |

Total Fees $17,450

Costs:   filing and service fees ($550.00) - waived

**Total Fees:** **$18,000**
**Reduced to:** **$15,000**